FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00436-CV

**IN RE THOMAS TERAN AND RUIZ AND SONS, INC.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI02455
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

On November 29, 2021, we issued an order inviting the real party in interest and the respondent to file a response to relator's petition for writ of mandamus by December 14, 2021. On December 14, 2021, the real party in interest filed an unopposed motion requesting an extension of that deadline until December 17, 2021. After consideration, we **GRANT** the motion and **ORDER** the real party in interest to file its response **by December 17, 2021**.

It is so **ORDERED** December 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT